**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00160-LTB-BNB

DOUGLAS ADAMS and
GAYLE ADAMS,

      Plaintiffs,

v.

LYNN MICHEL,

      Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court, <u>sua sponte</u> for review.  An Order to Show Cause was issued on February 14, 2014 giving Plaintiff up to and including February 28, 2014 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure.  To date no response has been filed or good cause shown.  It is therefore

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   March 6, 2014